

# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00418-CR

**TERRANCE JERMAINE MOORE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 11-01511-CRF-272**

## MEMORANDUM  OPINION

Terrance Moore was found guilty of state-jail felony theft and sentenced to eighteen months in state jail.  Moore appealed.

Moore's appointed appellate counsel has filed a motion to withdraw and an *Anders* brief, asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous.[1]  *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Moore filed a *pro se* response to the *Anders* brief, but we find that

---

[1] Counsel identified two potential issues but concludes that Moore could not show harm.  We agree.

it does not raise any potentially arguable issues.

In an *Anders* case, we must, "after a full examination of all the proceedings, []
decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744, 87 S.Ct. at 1400;
*accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is
"wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy
v. Court of Appeals*, 486 U.S. 429, 439 n.10, 108 S.Ct. 1895, 1902 n.10, 100 L.Ed.2d 440
(1988).

We have conducted an independent review of the record, and because we find
this appeal to be wholly frivolous, we affirm the judgment. Counsel must send Moore a
copy of our decision by certified mail, return receipt requested, at Moore's last known
address. TEX. R. APP. P. 48.4. Counsel must also notify Moore of his right to file a *pro se*
petition for discretionary review. *Id*.; *see also Ex parte Owens*, 206 S.W.3d 670, 673-74
(Tex. Crim. App. 2006). We grant counsel's motion to withdraw, effective upon
counsel's compliance with this notification requirement as evidenced by "a letter [to
this Court] certifying his compliance." *See* TEX. R. APP. P. 48.4.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Affirmed
Opinion delivered and filed March 28, 2012
Do not publish
[CR25]